PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHANIEL OPONDO HUBBERT,<br><br>Defendant. | CASE NO.  2:20-CR-00123-JAM-2<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 25, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.    By previous order, this matter was set for a status conference on January 25, 2022.

2.    By this stipulation, Counsel for Mr. Hubbert now moves to continue the status conference until April 26, 2022 at 9:30 a.m., and to exclude time between January 25, 2022, and April 26, 2022, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes over eight gigabytes of evidence in electronic form, including police reports, pictures, multiple hours of video footage, laboratory reports, search warrants, a forensic cellular phone report, and criminal history documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)    Counsel for Mr. Hubbert desires additional time to gather additional criminal

1  history documents, consult with her client, conduct further review of her client's criminal

2  history, conduct interviews and prepare evidence in mitigation, discuss potential resolutions with

3  her client, and otherwise prepare for trial.

4         c)    Counsel for Mr. Hubbert believes that failure to grant the above-requested

5  continuance would deny her the reasonable time necessary for effective preparation, taking into

6  account the exercise of due diligence.

7         d)    The government does not object to the continuance.

8         e)    Based on the above-stated findings, the ends of justice served by continuing the

9  case as requested outweigh the interest of the public and the defendant in a trial within the

10  original date prescribed by the Speedy Trial Act.

11         f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12  et seq., within which trial must commence, the time period of January 25, 2022 to April 26,

13  2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14  T4] because it results from a continuance granted by the Court at defendant's request on the basis

15  of the Court's finding that the ends of justice served by taking such action outweigh the best

16  interest of the public and the defendant in a speedy trial.

17  //

18

19  //

20

21  //

22

23  //

24

25  //

26

27  //

28

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 20, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated:  January 20, 2022

/s/ KRESTA DALY
KRESTA DALY
Counsel for Defendant
NATHANIEL OPONDO HUBBERT

**ORDER**

IT IS SO FOUND AND ORDERED this 20th day of January, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE