PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHANIEL OPONDO HUBBERT,<br><br>Defendant. | CASE NO. 2:20-CR-00123-JAM-2<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 26, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for a status conference on April 26, 2022.

2. By this stipulation, Counsel for Mr. Hubbert now moves to continue the status conference until July 12, 2022, at 9:30 a.m., and to exclude time between April 26, 2022, and July 12, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over eight gigabytes of evidence in electronic form, including police reports, pictures, multiple hours of video footage, laboratory reports, search warrants, a forensic cellular phone report, and criminal history documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for Mr. Hubbert desires additional time to gather additional criminal

history documents, consult with her client, conduct further review of her client's criminal history, conduct interviews and prepare evidence in mitigation, discuss potential resolutions with her client, and otherwise prepare for trial. Counsel for Mr. Hubbert has also expressed that she needs additional time to interview witnesses on the East Coast and that she has had to cancel previous trips to conduct these interviews because of the COVID-19 pandemic.

        c)        Counsel for Mr. Hubbert believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 26, 2022 to July 12, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 25, 2022					PHILLIP A. TALBERT
							United States Attorney


							/s/ ADRIAN T. KINSELLA
							ADRIAN T. KINSELLA
							Assistant United States Attorney


Dated: April 25, 2022					/s/ KRESTA DALY
							KRESTA DALY
							Counsel for Defendant
							NATHANIEL OPONDO HUBBERT

## ORDER

IT IS SO FOUND AND ORDERED this 25th day of April, 2022.

							/s/ John A. Mendez
							THE HONORABLE JOHN A. MENDEZ
							UNITED STATES DISTRICT COURT JUDGE