Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
NATHANIEL HIUBBERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) E.D. Cal. Case No. 2:20-cr-0123-JAM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO RESET |
| v. | ) SENTENCING AND DISCLOSURE DATES |
| | ) |
| NATHANIEL HUBBERT, | ) |
| | ) |
| Defendant. | ) |

Nathaniel Hubbert, by and through his counsel of record, Kresta Daly, and the United State, by and through Assistant United States Attorney Adrian Kinsella, hereby stipulate as follows:

1. Sentencing in this matter was previously set January 24, 2023.

2. The defense wishes to re-set the sentencing date. The government and Probation do not object.

3. The parties jointly request the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | February 28, 2023 |
| Reply, or Statement of Non-Opposition: | February 21, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 14, 2023 |

| | |
|---|---|
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | February 07, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 31, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | January 17, 2023 |

Dated: November 29, 2022

                                             s/Adrian Kinsella
                                             Adrian Kinsella
                                             Assistant United States Attorney

Dated: November 29, 2022

                                             s/ Kresta Daly
                                             Kresta Nora Daly
                                             Attorney for Defendant
                                             Nathaniel Hubbert

ORDER

Good cause appearing, the current sentencing date and disclosure schedule is vacated. The dates are reset as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | February 28, 2023, at 9:00 a.m. |
| Reply, or Statement of Non-Opposition: | February 21, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 14, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | February 07, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 31, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | January 17, 2023 |

Dated:  November 30, 2022         /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE