Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
NATHANIEL HIUBBERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>NATHANIEL HUBBERT,<br><br>          Defendant. | E.D. Cal. Case No.  2:20-cr-0123-JAM<br><br>STIPULATION AND ORDER TO RESET SENTENCING AND DISCLOSURE DATES |

     Nathaniel Hubbert, by and through his counsel of record, Kresta Daly, and the United State, by and through Assistant United States Attorney Adrian Kinsella, hereby stipulate as follows:

     1. Sentencing in this matter was previously set for February 28, 2023.

     2.  The defense wishes to re-set the sentencing date.  The government and Probation do not object.

     3. The parties jointly request the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | April 18, 2023, at 9:00 AM |
| Reply, or Statement of Non-Opposition: | April 11, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 4, 2023 |

Stip and [Proposed] Order to Reset Sentencing      -1-

| | |
|---|---|
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 28, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 21, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | March 7, 2023 |

Dated: February 6, 2023

/s Adrian Kinsella
Adrian Kinsella
Assistant United States Attorney

Dated: February 6, 2023

/s Kresta Daly
Kresta Nora Daly
Attorney for Defendant
Nathaniel Hubbert

ORDER

Good cause appearing, the current sentencing date and disclosure schedule is vacated. The dates are reset as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | April 18, 2023 at 9:00 AM |
| Reply, or Statement of Non-Opposition: | April 11, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 4, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 28, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 21, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | March 7, 2023 |

Dated:  February 6, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE