| | |
|---|---|
| 1 | Kresta Nora Daly, SBN 199689 |
| 2 | **BARTH DALY LLP**<br>PO Box F |
| 3 | Winters, California 95694<br>Telephone: (916) 440-8600 |
| 4 | Facsimile:  (916) 440-9610<br>Email:  kdaly@barth-daly.com |
| 5 | Attorneys for Defendant |
| 6 | NATHANIEL HIUBBERT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | E.D. Cal. Case No. 2:20-cr-00123-JAM-2 |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO RESET SENTENCING AND FORMAL OBJECTION DATES** |
| NATHANIEL HUBBERT, | ) | |
| Defendant. | ) | |

Nathaniel Hubbert, by and through his counsel of record, Kresta Daly, and the United State, by and through Assistant United States Attorney Adrian Kinsella, hereby stipulate as follows:

1. Sentencing in this matter was previously set for May 16, 2023.

2. The defense wishes to re-set the sentencing date. The government and Probation do not object.

3. The parties jointly request the following schedule:

Judgment and Sentencing Date:                                                                              June 27, 2023

Formal Objections to the Presentence Report shall be filed
with the Court and served on the Probation Officer and
opposing counsel no later than:                                                                              June 13, 2023

Dated: May 2, 2023

                                                                          s/Adrian Kinsella
                                                                          Adrian Kinsella
Assistant United States Attorney

Dated: May 2, 2023

                                                                          s/ Kresta Daly
Kresta Nora Daly
Attorney for Defendant
Nathaniel Hubbert

# ORDER

Good cause appearing, the current sentencing date and disclosure schedule is vacated. The dates are **RESET** as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | **June 27, 2023, at 09:00 AM.** |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 13, 2023 |

Dated: May 02, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE